*****Please be advised that the use of these forms may not be proper for your specific legal situation*****
****Please make an independent determination whether use of these forms is appropriate****

# UNITED STATES DISTRICT COURT
# DISTRICT OF NORTH DAKOTA

Eric Smith
Pelican Rapids Police
Department and
Brenda Flink-Saric

(Enter full name of each Plaintiff, above)

vs.

Pelican Rapids Police
Department and
Brenda Flink-Saric

(Enter full name of each Defendant, above)

§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

Civil Case No. _____
(To be assigned by Clerk of Court)

JURY TRIAL DEMANDED ☑Yes ☐No
(Check one)

## COMPLAINT

**I. JURISDICTION.** State the grounds for filing this case in Federal Court (include federal statutes or U.S. Constitutional provisions).

diversity, 7th and 14th amendment
due process - substantive
due process violations
5th Amendment
right to travel.

**SAMPLE COMPLAINT**                                      1

**II. PLAINTIFF.** For each Plaintiff list: name and address including City, County and State.

Fargo, ND, Cass - General delivery

**III. DEFENDANT.** For each Defendant list: name and address including City, County and State.

Brenda Flink-Saric
220 SW 10th St Pelican rapids, MN 56572

Pelican rapids Police department
315 N Broadway, Pelican rapids MN 56572

**SAMPLE COMPLAINT**               2

**IV. CLAIM.** State the facts of your claim. Include the name of each person involved, dates and places. Be as specific as possible. Do not give any legal argument or cite any cases or statutes. Use additional sheets of paper if necessary.

See Attached

**V. ADMINISTRATIVE PROCEDURES.** If applicable, state whether your claim was heard by any administrative agencies; the type of proceedings; the date and place of any proceedings; the outcome of any administrative proceedings.

See Attached

**VI. RELIEF.** State what you want the Court to do for you.

Issue emergency injunction against defendant and also to prevent the defendant from illegally executing any trespass against plaintiff preventing any illegal arrest that would take place if no injunction were to issue - violating plaintiff's rights.

**VII. SIGNATURE.** Each Plaintiff must individually sign this complaint.

Signed this 10th day of February, 2020

_Eri Smith_ (signature)
Signature of Plaintiff

Eric Smith
Printed Name of Plaintiff

General delivery
Mailing Address

Fargo, ND 58102
City, State, Zip Code

701-354-8072
Telephone Number of Plaintiff

_____
Signature of Plaintiff

_____
Printed Name of Plaintiff

_____
Mailing Address

_____
City, State, Zip Code

_____
Telephone Number of Plaintiff

**SAMPLE COMPLAINT**                              4

IN FEDERAL DISTRICT COURT
STATE OF NORTH DAKOTA

| | |
|---|---|
| ERIC SMITH　　　　　　　Plaintiff | )CASE # <br> ) <br> )COMPLAINT |
| V. | ) <br> ) |
| BRENDA FLINK - SARIC <br> PELICAN RAPIDS POLICE *Department* <br> 　　　Defendant | ) <br> ) <br> ) |

1. Here comes the Plaintiff to state the following. On the 09th of February, 2020 the Plaintiff was served with a illegal trespass notice by the Pelican Rapids Police Department. It was Brenda Flink-Saric that signed off on the trespass order issued by the Pelican Rapids Police Department. Brenda is neither related nor does she permanently reside at the place that is listed on the order given by the Pelican Rapids Police Department.

2. Tom Gable is the owner of the listed property and has stated that there is no issue with the Plaintiff and himself. Tom Gable did furthermore, Not make a statement of such nor did Tom Gable sign any paperwork showing proof of to the contrary. Plaintiff seeks 1 dollar plus up to 80 Thousand in punitive damages or as the Court may see fit.

3. This violates the 14th amendment and 7th amendment of dues process. It also violates the 5th amendment of the right to travel. The residence of Tom Gable is on a public road that leads back to the house itself. Tom Gable never signed any paperwork nor did he approve of the trespass. Plaintiff prays for relief and emergency injunctive relief.

 Minnesota state statute also requires the owner to sign on a trespass notice for it to be valid.   **609.605 TRESPASS.**
　4. (4) "Owner or lawful possessor," as used in paragraph (b), clause (9),

IN FEDERAL DISTRICT COURT
STATE OF NORTH DAKOTA

| | |
|---|---|
| ERIC SMITH<br>    Plaintiff | )CASE #<br>)<br>)COMPLAINT |
| V. | )<br>) |
| BRENDA FLINK - SARIC<br>PELICAN RAPIDS POLICE<br>    Defendant | )<br>)<br>) |

1. Here comes the Plaintiff to state the following. On the 09th of February, 2020 the Plaintiff was served with a illegal trespass notice by the Pelican Rapids Police Department. It was Brenda Flink-Saric that signed off on the trespass order issued by the Pelican Rapids Police Department. Brenda is neither related nor does she permanently reside at the place that is listed on the order given by the Pelican Rapids Police Department.

2. Tom Gable is the owner of the listed property and has stated that there is no issue with the Plaintiff and himself. Tom Gable did furthermore, Not make a statement of such nor did Tom Gable sign any paperwork showing proof of to the contrary. Plaintiff seeks 1 dollar plus up to 80 Thousand in punitive damages or as the Court may see fit.

3. This violates the 14th amendment and 7th amendment of dues process. It also violates the 5th amendment of the right to travel. The residence of Tom Gable is on a public road that leads back to the house itself. Tom Gable never signed any paperwork nor did he approve of the trespass. Plaintiff prays for relief and emergency injunctive relief.

Minnesota state statute also requires the owner to sign on a trespass notice for it to be valid.  **609.605 TRESPASS.**
4. (4) "Owner or lawful possessor," as used in paragraph (b), clause (9),